No. 86–6279.  EDWARDS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 86–6295.  ENGLER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 86–6312.  HYMEN v. MERIT SYSTEMS PROTECTION BOARD. C. A. 9th Cir.  Certiorari denied.

No. 86–6361.  SHAW v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 86–6362.  RUEDA-GOMEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 86–6369.  COX v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 86–6373.  WALLACE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86–6376.  ALMANZA v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 86–6378.  WILLIAMS v. BLACKBURN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 86–6382.  WORTHAN v. ARMONTROUT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 86–6383.  SULLIVAN v. BLACKBURN, WARDEN, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 86–6390.  CALDWELL v. TEXAS.  Ct. App. Tex., 9th Dist. Certiorari denied.

No. 86–6391.  BRENNAN v. GRIFFETH ET AL.  C. A. 6th Cir. Certiorari denied.

No. 86–6394.  BROWN v. RICE, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 86–6398.  BURNETT v. COX ET AL.  Sup. Ct. Fla.  Certiorari denied.